IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK RONALD RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3249 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, DENNIS BAKEWELL, MELVIN ROUF, CURTIS MOFFAT, MICHAEL EDISON, and MARK DANNER, | ) ) ) ) ) | MEMORANDUM AND ORDER |
| Defendants. | ) ) | |

On the court's own motion,

IT IS ORDERED that:

1) A telephonic conference call is set for October 1, 2010 at 3:00 p.m. to discuss case progression issues.

2) Counsel for the defendants will initiate the conference call.

DATED this 27th day of September, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge