IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK RONALD RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3249 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, DENNIS | ) | MEMORANDUM AND ORDER |
| BAKEWELL, MELVIN ROUF, | ) | |
| CURTIS MOFFAT, MICHAEL | ) | |
| EDISON, and MARK DANNER, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the Defendants' Motion for Leave to Depose, (filing no. 44).  In their Motion, Defendants seek to depose Plaintiff, Patrick Ronald Russell, and a witness, Thomas Nesbitt, inmates in the custody of the Nebraska Department of Correctional Services.

Federal Rule of Civil Procedure Rule 30(a)(2)(B) states that a party must obtain leave of court to depose a person confined in prison.  Leave shall be granted to the extent consistent with the principles stated in Rule 26(b)(2).  Fed.R.Civ.P. 30(a)(2).  Defendants' Motion is granted, and the depositions may proceed at a time and place agreeable to the administration of the penal facilities where the inmates are housed.

IT IS THEREFORE ORDERED that Defendants' Motion for Leave to Depose (filing no. 44) is granted.

DATED this 3rd day of November, 2010.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge