IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK RONALD RUSSELL, | ) | 4:09CV3249 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT HOUSTON, DENNIS | ) | |
| BAKEWELL, MELVIN ROUF, CURTIS | ) | |
| MOFFAT, MICHAEL EDISON, and | ) | |
| MARK DANNER, | ) | |
| | ) | |
| Defendants. | ) | |

I am in receipt of a letter from plaintiff. Plaintiff is represented by counsel. (*See* Filings 36 and 37.)

IT IS ORDERED:

1. The Clerk of the Court shall file the letter.

2. Treating the letter as a motion, the motion is denied.

3. All further communications with the court by plaintiff shall be conducted through plaintiff's counsel.

4. The Clerk of the Court is directed to send a copy of this memorandum and order and the letter to counsel for plaintiff, counsel for defendant and to plaintiff at plaintiff's last known address.

DATED this 17th day of May, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.