IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK RONALD RUSSELL, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CV3249 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT HOUSTON, DENNIS | ) | MEMORANDUM AND ORDER |
| BAKEWELL, MELVIN ROUF, CURTIS | ) | |
| MOFFAT, MICHAEL EDISON, and | ) | |
| MARK DANNER, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the parties' motion to continue, (filing no. 70), is granted,

1) The pretrial conference will be held before the undersigned magistrate judge on August 11, 2011 at 1:00 p.m. Counsel shall email a draft pretrial conference order to zwart@ned.uscourts.gov, in either MS Word or WordPerfect format, by 5:00 p.m. on August 11, 2011, and the draft order shall conform to the requirements of the local rules.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on August 22, 2011, or as soon thereafter as the case may be called, for a duration of two (2) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

DATED this 17th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge