IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK RONALD RUSSELL, ) | |
| ) | 4:09 CV 3249 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **TRANSPORT ORDER** |
| ROBERT HOUSTON, et al., ) | |
| ) | |
| Defendants. ) | |

This case is set for trial before the Honorable Richard G. Kopf, in the United States Federal District Court, at the Federal Building, 100 Centennial Mall North, Lincoln, Nebraska, courtroom 1, commencing on September 19, 2011, at 9:00 a.m. In accordance with any departmental security requirements, the officials of the Nebraska Department of Correctional Services are directed to produce the concerned inmate from the Lincoln Correctional Center in Lincoln, Nebraska, for said trial on the following date(s) at the hour indicated:

INDIVIDUAL TO BE PRODUCED:            DATE/TIME

Patrick R. Russell #29333            September 19, 2011
                                     at 8:00 a.m.;
                                     September 20, 21, 22 and 23, 2011
                                     at 8:30 a.m.

IT IS SO ORDERED.

Dated this 13th day of September, 2011.

BY THE COURT:

*Richard G. Kopf*

Hon. Richard G. Kopf
United States District Court Judge